# EXHIBIT 1

MILLER SHAH LLP
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
19712 MacArthur Blvd.
Irving, CA 92612
Telephone: (866) 545-5505
Facsimile: (866) 300-7367

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST*
E-mail: rkshelquist@locklaw.com
REBECCA A. PETERSON (SBN 241858)
E-mail: rapeterson@locklaw.com
MEGAN S. VAN DYKE*
E-mail: msvandyke@locklaw.com
CATHERINE A. PETERSON*
E-mail: capeterson@locklaw.com
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981

Attorneys for Plaintiff
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Jasmine Barnes,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>Natural Organics, Inc., d/b/a NaturesPlus,<br><br>　　　　　　　　Defendant. | Case No. 5:22-cv-00314-JGB-PLA<br><br>**DECLARATION OF JASMINE BARNES** |

I, Jasmine Barnes, declare under penalty of perjury as follows:

1.   I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information of belief, which I believe to be true.

2.   I am an adult citizen of the State of California. I reside in Riverside, California, in Riverside County, and I am a named Plaintiff in this litigation.

3.   To the best of my knowledge, information, and belief, Defendant, Natural Organics, Inc., d/b/a NaturesPlus®, is a New York corporation with its principal place of business and executive offices located in Melville, New York, and markets, distributes, and sells the prenatal vitamins that are the subject of this lawsuit throughout the United States, including Riverside County.

4.   I purchased the prenatal vitamins that are the subject of this lawsuit from October 2019 until February 2020 in Riverside County. Accordingly, to the best of my knowledge, information, and belief, the transactions at issue, or a substantial portion thereof, occurred in Riverside County, which is thus a proper place for trial of this action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 8th day of June, 2022, at Riverside, California.

_____
Jasmine Barnes