1  ROBERT K. SHELQUIST, *Pro Hac Vice*
2  REBECCA A. PETERSON (SBN 241858)
   MEGAN S. VAN DYKE, *Pro Hac Vice*
3  CATHERINE A. PETERSON, *Pro Hac Vice*
4  100 Washington Avenue South, Suite 2200
   Minneapolis, MN 55401
5  Telephone: (612) 339-6900
6  Facsimile:  (612) 339-0981
   E-mail: rkshelquist@locklaw.com
7  E-mail: rapeterson@locklaw.com
8  E-mail: msvandyke@locklaw.com
   E-mail: capeterson@locklaw.com
9
10 **Attorneys for Plaintiff**

11 [Additional Counsel Listed on Signature Page]

12
13              **UNITED STATES DISTRICT COURT**
14              **CENTRAL DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| JASMINE BARNES, | Case No. 5:22-CV-00314-JGB-PLA |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| NATURAL ORGANICS, INC., | |
| Defendants. | |

It is hereby stipulated by and between the parties hereto that the above-entitled action and all claims by any party may be and hereby are dismissed, with prejudice and on the merits, without costs awarded to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 17, 2023 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | |
| | By: s/ Robert K. Shelquist |
| | ROBERT K. SHELQUIST, *Pro Hac Vice* |
| | REBECCA A. PETERSON (SBN 241858) |
| | MEGAN S. VAN DYKE, *Pro Hac Vice* |
| | CATHERINE A. PETERSON, *Pro Hac Vice* |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |
| | Telephone: (612) 339-6900 |
| | Facsimile: (612) 339-0981 |
| | E-mail: rkshelquist@locklaw.com |
| | E-mail: rapeterson@locklaw.com |
| | E-mail: msvandyke@locklaw.com |
| | E-mail: capeterson@locklaw.com |
| | |
| | MILLER SHAH LLP |
| | Kolin C. Tang (SBN 279834) |
| | 19712 MacArthur Blvd. |
| | Irvine, CA 92612 |
| | Telephone: (866) 545-5505 |
| | Facsimile: (866) 300-7367 |
| | E-mail: kctang@millershah.com |
| | |
| | Charles J. LaDuca, *Pro Hac Vice* |
| | Alexandra C. Warren, *Pro Hac Vice* |
| | CUNEO GILBERT & LADUCA, LLP |
| | 4725 Wisconsin Avenue, NW, Suite 200 |
| | Washington, DC 20016 |
| | Telephone: (202) 789-3960 |
| | Facsimile: (202) 789-1813 |
| | E-mail: charles@cuneolaw.com |
| | E-mail: Awarren@cuneolaw.com |

|   |   |
|---|---|
| 1 | PGMBM, LLC |
| 2 | Harris L. Pogust |
|   | Joshua M. Neuman |
| 3 | Jordyn N. Mitzman, *Pro Hac Vice* |
| 4 | 161 Washington Street, Suite 250 |
|   | Conshohocken, PA 19428 |
| 5 | Telephone: (610) 941-4204 |
| 6 | Facsimile: (610) 941-4245 |
|   | E-mail:  hpogust@pgmbm.com |
| 7 | E-mail:  jneuman@pgmbm.us |
| 8 | E-mail:  jmitzman@pgmbm.us |


1  PGMBM, LLC
2  Harris L. Pogust
3  Joshua M. Neuman
4  Jordyn N. Mitzman, *Pro Hac Vice*
5  161 Washington Street, Suite 250
6  Conshohocken, PA 19428
7  Telephone: (610) 941-4204
8  Facsimile: (610) 941-4245
9  E-mail:  hpogust@pgmbm.com
10 E-mail:  jneuman@pgmbm.us
11 E-mail:  jmitzman@pgmbm.us

James C. Shah
MILLER SHAH LLP
1845 Walnut St., Suite 806
Philadelphia, PA 19103
Telephone: (856) 526-1100
Facsimile: (866) 300-7367
E-mail: jcshah@millershah.com

**Attorneys for Plaintiffs**

Dated:  March 17, 2023

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: s/  Trenton H. Norris
Trenton H. Norris (Bar No. 164781)
Jonathan L. Koenig (Bar No. 281737)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  415.471.3100
Facsimile:   415.471.3400
trent.norris@arnoldporter.com
jonathan.koenig@arnoldporter.com

**Attorneys for Defendant NATURAL ORGANICS, INC.**

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated:  March 17, 2023                         */s/ Robert K. Shelquist*