# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE BARNES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATURAL ORGANICS, INC.,<br><br>　　　　　Defendants. | Case No. 5:22-CV-00314-JGB-PLA<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Based on the Stipulation of Dismissal entered between Plaintiff Jasmine Barnes and Defendant Natural Organics, Inc., by and through their counsel:

IT IS HEREBY ORDERED that the above-referenced action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

**IT IS SO ORDERED**

Dated: March 27, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　United States District Court Judge

---

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 5:22-CV-00314-JGB-PLA